504

396 A.2d 13

Commonwealth v. Bachle, Appellant.

Argued March 22, 1978.   Ronald J. Klimas, for appellant;   S. Gross, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 13

Commonwealth v. Bailey, Appellant.

Submitted December 6, 1977.   Roy H. Davis, Assistant Public Defender, for appellant;   Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.